**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:
Robert Penman                                          CASE NO. 10-50955
DEBTOR(S)                                                    Chapter 13

## **ORDER**

The court having considered the Motion of the Debtor, and being advised,

IT IS ORDERED AND ADJUDGED that the plan payment of Robert Penman shall be suspended for the month February 2012.  The suspended payments will be made up by increasing the plan payment by $33.00 per month for 12 months beginning with the April 2012 payment.

Copies to:

Ryan Atkinson
The creditors
Hon. Beverly Burden
United States Trustee

Pursuant to Local Rule 9022-1(c), Ryan R. Atkinson, shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within fourteen (14) days hereof.